CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER D. GOINES JR. 111390
Full Name of Plaintiff    Inmate Number

Civil No. 3:24cv2155

v.

(to be filled in by the Clerk's Office)

Adam Ogle    Warden
Name of Defendant 1

(__) Demand for Jury Trial
(__) No Jury Trial Demand

Brian Horner    Classifications mgr.
Name of Defendant 2

Corrections Officer Keith Gemble
Name of Defendant 3

FILED
SCRANTON

JAN 17 2025

PER _____ S//
DEPUTY CLERK

Corrections officer John Hammas
Name of Defendant 4

_____
Name of Defendant 5
(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

I. **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

**X**    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

GOINES PETER DAEMOGN JR.
Name (Last, First, MI)

111390
Inmate Number

YORK COUNTY PRISON
Place of Confinement

3400 CONCORD RD.
Address

YORK, PA 17402
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

**X** Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Ogle, Adam
Name (Last, First)

Warden
Current Job Title

3400 CONCORD RD.
Current Work Address

York, PA 17402
City, County, State, Zip Code

## III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

YORK COUNTY PRISON on Friday, June 14, 2024 Around 6:15 am.

B. On what date did the events giving rise to your claim(s) occur?

Friday, June 14, 2024

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I was brutally assaulted by 5 of YORK COUNTY PRISON inmates. 2 of York County Prison staff officers had to be told more than twice to check on what was going on in the pod I was housed in before coming in to check on things. By this time, I've took on severe damage to my head and body. Because YORK COUNTY PRISON fail to keep me safe, and the medical staff did a very poor evaluation on my condition. I was forced to walk to a different housing unit with a broken back. I was later found on the ground unconscious before the prison decided to call an ambulance. My injuries were so bad they had to rush me to YORK Hospital. The hospital sent me to Philadelphia Hospital because they could not treat my face injuries.

It is to my knowledge that C.O. Gembe was the one that had to be told multiple times to check on me. Classifications manager Brian Horner "okayed" the move to the pod where I was assulted, when I should have stayed a lower bunk/lower tier due to my medical condition of having seizures. I was not given a reason why I was moved. Warden Adam Ogle should have been more aware of the incompetence of his staff and not being able to keep me safe as an inmate.

IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

My 8th Amendment of the U.S. Constitutional has been violated when I was brutally assaulted and not kept safe by York County Prison officals.

V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Orbital fracture, concussion, broken ribs, back fracture, damage blood vessels in both eyes, broken tooth, as well as mental issues.

VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I'm seeking monetary relief for all the personal damages done to my physical body, pain and suffering, and future medical expenses.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*[signature: Peter Soin]*
Signature of Plaintiff

1-16-25
Date

