# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT COURT OF PENNSYLVANIA

| | |
|---|---|
| PETER GOINES, Jr. 111390<br>Plaintiff, | Civil No. 3:24-cv-2155 |
| v. | JURY TRIAL DEMANDED |
| ADAM OGLE WARDEN, BRIAN HORNER CLASSIFICATION MGR, KEITH GEMBE CORRECTION OFFICER, JOHN HAMMEL CORRECTION OFFICER<br>Defendant, | (MARIANI, R.) |

## **DEFENDANTS AMENDED BRIEF**

The Above Defendants submit the following:

## ARGUMENT

The Prison Litigation Reform Act (PLRA) requires a prisoner to exhaust his administrative remedies before filing a Civil Rights Claims under 42 U.S.C. Section 1983.

An inmate who fails to file a timely grievance that identifies the defendants, and their wrongful conduct has failed to exhaust his administrative remedies. William v. Commonwealth of Pennsylvania, Department of Corrections, 146 Fed. A. PX UH-554. Spruill V. Gillis, 372 Fed. 3rd 18, 230. (3d Cir. 2004).

The Statement of Facts and the Affidavits filed in this case established that Plaintiff Inmate Peter Goines failed to exhaust his administrative remedies that were available to him as an inmate confined in the York County Prison.

## CONCLUSION

Defendants' Motion for Summary Judgment should be granted.

Respectfully Submitted,

By: /s/ Donald L. Reihart
    Donald L. Reihart
    Sup. Ct. I.D. #07421
    28 E Market Street 2nd floor
    York, PA 17401
    Telephone: (717) 880-3120
    Email: dlreihart@yorkcountypa.gov
    Assistant Solicitor for the County of York
    And Solicitor for the York County Prison Board
    Counsel for York County Defendants